EXHIBIT "A"

LETTERS OF ADMINISTRATION

REGISTER'S OFFICE
PHILADELPHIA COUNTY, PA

N⁰ A5754-2021

ESTATE OF **Maurice Zamir Riley**

Social Security No. **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**

WHEREAS, **Maurice Zamir Riley**

late of **6328 N Lambert Street, Philadelphia, PA 19138**

died on the **11th** day of **January**, **2017**; and

WHEREAS, the grant of letters of administration is required for the administration of said estate.

THEREFORE, I, TRACEY L. GORDON, Register for the Probate of Wills and Grant of Letters Testamentary and of Administration, in and for the County of Philadelphia in the Commonwealth of Pennsylvania, hereby certify that I have granted Letters of Administration

to **Lauronda L Fletcher**

who ha **s** duly qualified as **Administratrix** of the estate of the above named decedent and ha **s** agreed to administer the estate according to law, all of which fully appear of record in the Office of the Register of Wills of Philadelphia County, Pennsylvania.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my office, at Philadelphia, the **14th** day of **December** **2021**

*Justin Graham*
*Deputy Register*

10-36(Rev. 10/99)